**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SAKINA REESE,

        Plaintiff,

v.                                                                              Case No. 6:16-cv-1031-Orl-37GJK

TRICK SHOTS, LLC,

        Defendant.
_____

**ORDER**

This cause is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (Doc. 18), filed August 5, 2016.

In her Complaint (Doc. 1), filed on June 14, 2016, Plaintiff alleges that Defendant violated the Fair Labor Standards Act ("**FLSA**") by failing to pay her a minimum wage for all hours worked and failing to pay her for overtime work. Defendant has not answered or otherwise responded to the Complaint, but it has jointly submitted with Plaintiff a Stipulation for Dismissal with Prejudice ("**Stipulation**"). (Doc. 18.)

In the Stipulation, the parties advise that they have reached an agreement, the terms of which "resolve Plaintiff's claims without compromise" and afford her "full relief." (*Id.*) The parties do not provide a copy of the agreement.

The Stipulation is authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits the dismissal of an action without court order where, as here, it is signed by all parties who have appeared. Further, in light of the parties' representation that Plaintiff did not compromise her FLSA claims, judicial approval of their settlement agreement is not required. *See MacKenzie v. Kindred Hosp. East, L.L.C.*, 276 F. Supp.

2d 1211, 1217 (M.D. Fla. 2003) (holding that FLSA claims are not "compromised" and judicial oversight is not needed where the employer provides full compensation on the claim); *see also Feagans v. Americana Jax Investments, Inc.*, No. 3:07-CV-433-J-33HTS, 2008 WL 782488, at *1 (M.D. Fla. Mar. 20, 2008)(dismissing FLSA lawsuit based on counsel's representation of full compensation to the plaintiff on unpaid overtime claims).

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's claims against Defendants, as set forth in the Complaint (Doc. 1), are **DISMISSED WITH PREJUDICE**.

2. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 8, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record